# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br>District Judge: Charles R. Breyer<br>Magistrate: |
| DORIS COUVILLION, INDIVIDUALLY<br><br>Plaintiff,<br><br>VS.<br><br>PFIZER, INC.<br><br>Defendants. | Case No. 06-3683<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, **DORIS COUVILLION**, by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: 5/7/09

BY _____
Attorney for Plaintiff, Doris Couvillion
ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-2201
aberger@allan-berger.com

Dated:  December 11, 2009            BY: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  DEC 1 6 2009

_____
Hon. Charles R. Breyer,
United States District Court