Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| In re: Bextra and Celebrex Marketing Sales | * | MDL No. 1699 |
| Practices and Product Liability Litigation | * | District Judge: Charles R. Breyer |
| *************************************** | | |
| DIANNE HOOD | * | Case No. 06-3683 |
| Plaintiff, | * | **STIPULATION AND ORDER OF** |
| | * | **DISMISSAL WITH PREJUDICE** |
| VS. | * | |
| | * | |
| PFIZER, INC. , et al | * | |
| | * | |
| Defendants. | * | |
| *************************************** | | |

Comes now the Plaintiff, **DIANNE HOOD**, by and through the undersigned attorney(s),

pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action

*with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: __3 -/8 - 09__          BY_____
                              Attorney for Plaintiff, DIANNE HOOD

                              ALLAN BERGER & ASSOC., P.L.C.
                              ALLAN BERGER (BAR #2977)
                              4173 Canal Street
                              New Orleans, LA 70119
                              Telephone: (504) 486-9481
                              Facsimile: (504) 483-2201
                              aberger@allan-berger.com

Dated: December 11, 2009

BY: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS
SO ORDERED.**

Dated: _____ **DEC 1 6 2009** _____

Hon. Charles R. Breyer,
United States District Court