Allan Berger, LA Bar 2977
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana  70119
Telephone: (504) 486-9481
Facsimile:  (504) 483-8130
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | * * * | MDL No. 1699<br>District Judge: Charles R. Breyer |
| HAROLD TASSIN, HUSBAND OF/ AND GAIL TASSIN | * * | Case No. 06-3683 |
| Plaintiff, | * * | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| VS. | * * | |
| PFIZER, INC., et al | * * | |
| Defendants. | * | |

Comes now the Plaintiff, **HAROLD TASSIN, HUSBAND OF/AND GAIL TASSIN,** by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: 3-18-09

BY: _____
Attorney for Plaintiff, HAROLD TASSIN

ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone:  (504) 486-9481
Facsimile:   (504) 483-2201
aberger@allan-berger.com

Dated: December 11, 2009          BY: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____DEC 1 6 2009_____

_____
Hon. Charles R. Breyer,
United States District Court